PREGERSON, J.,
dissenting:
I dissent. Dolores Mendoza De Cuevas should not be considered an enforcement priority. See Jeh Charles Johnson, Secretary of Homeland Security, Re: Policies for the Apprehension, Detention, and Removal of Undocumented Immigrants, 4-5 (Nov. 20, 2014).
Here, we have a lawful permanent resident, brought to America when she was two, raised here, and schooled here, and whose ties to the U.S. are deep and enduring. Her only extended absence happened when an abusive boyfriend kidnapped her — sixteen, pregnant, and child in tow— to a small town in Mexico where his abusive behavior continued for years. She was eventually able to free herself and return home with the help of her family, almost all of whom are U.S. citizens. Her father is a citizen, her two siblings are citizens, and her husband is a citizen. Of her five children, four are citizens, and she has at least two grand children who are citizens as well.
Even though her current case deals with alien smuggling, she was not criminally charged and this appears to be an isolated incident. She is employed; she has paid taxes since 2001; she has no other criminal history; and she has no history of prior *492 removals, orders of removal, or denials of status. Dolores Mendoza De Cuevas poses no threat to this country’s national or public security. Yet, after living in the United States for more than 40 years, she will- be removed.
I believe that such a tragic result is against equity and good conscience — that is why I dissent.